**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Attorneys for Secured Creditor
**PNC Bank NA**

Sindi Mncina (237862017)

**In Re:**

Kevin J Young,

and,

Maryam K Young,

Debtors.

Case No.: 10-13646-VFP

Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Judge: Vincent F. Papalia

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: May 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**

Debtors: Kevin J Young and Maryam K Young
Case No.: 10-13646-VFP
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed

in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on November 17, 2010, as Claim 1-2 on the Claims Register.

2. Proof of claim, filed on November 17, 2010, as Claim 2-2 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public

docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document

must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day

after its entry.