| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys for Secured Creditor<br>**PNC Bank NA**<br><br>Sindi Mncina (237862017) | Case No.: 10-13646-VFP<br><br>Chapter 13<br><br>Judge: Vincent F. Papalia |
| In Re:<br><br>Kevin J Young,<br><br>and,<br><br>Maryam K Young,<br><br>Debtors. | |

Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: May 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**

Debtors: Kevin J Young and Maryam K Young
Case No.: 10-13646-VFP
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on November 17, 2010, as Claim 1-2 on the Claims Register.

2. Proof of claim, filed on November 17, 2010, as Claim 2-2 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin J Young  
Maryam K Young  
       Debtors

Case No. 10-13646-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: May 08, 2019  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.  
db          #+Kevin J Young,   264 Clarken Drive,   West Orange, NJ 07052-3443  
jdb         #+Maryam K Young,   264 Clarken Drive,   West Orange, NJ 07052-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

        Andrea   Silverman   on behalf of Debtor Kevin J Young court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
        Andrea   Silverman   on behalf of Joint Debtor Maryam K Young court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
        Andrew L. Spivack   on behalf of Creditor   PHH Mortgage Corporation nj.bkecf@fedphe.com  
        Brian C. Nicholas   on behalf of Creditor   PNC Bank, NA sbm to National City Bank bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com  
        Jennifer   Novick   on behalf of Creditor   PHH Mortgage Corporation nj.bkecf@fedphe.com  
        Jennifer R. Gorchow   on behalf of Creditor   PHH Mortgage Corporation nj.bkecf@fedphe.com  
        Karina   Velter   on behalf of Creditor   PNC Bank, NA, Successor to National City Bank Velter.karina@gmail.com  
        Marie-Ann   Greenberg   magecf@magtrustee.com  
        Sindi   Mncina   on behalf of Creditor   PNC Bank, NA, Successor to National City Bank smncina@rascrane.com  
        Steven K. Eisenberg   on behalf of Creditor Steven K. Eisenberg  BSI Financial Services, Successor in Interest to PHH Mortgage Corporation seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
                                                                                           TOTAL: 10